**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| YONG LIN, | : | Case No. 1:19-cv-731 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| v. | : | |
| | : | |
| UNITED STATES ATTORNEY | : | |
| GENERAL, et al., | : | |
| | : | |
| Defendants. | : | |

_____

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 27) AND
TERMINATING CASE**

_____

This action is before the Court on Magistrate Judge Karen Litkovitz's Report and Recommendation (Doc. 27). This matter was referred to Magistrate Judge Litkovitz pursuant to 28 U.S.C. § 636(b). She recommends that the action be dismissed with prejudice for want of prosecution. Plaintiff has not filed objections and the time to do so has expired. Fed. R. Civ. P. 72(b). As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon review, the Court **ADOPTS** the Report and Recommendation and **ORDERS** as follows:

(1) The case is **DISMISSED WITH PREJUDICE** for the reasons stated in the Report.

(2) The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that, for the reasons expressed in the Report, an appeal of this Order adopting the Report would

not be taken in good faith, and therefore **DENIES** plaintiff leave to appeal *in forma pauperis*.   *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997), *overruled on other grounds*, *Jones v. Bock*, 549 U.S. 199, 203 (2007).  Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999).

(3) This matter is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF OHIO

By: _____
        JUDGE MATTHEW W. McFARLAND

2